FILED

2016 MAR -3 PM 1:00

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE: MAURICE McFARLAND                 :

_____          :        Case No. 16-10563

                                          :        Chapter 13

                                          :        Adversary No._____
Movant/Plaintiff                                   (If Applicable)

vs. MAURICE McFARLAND                    :

Respondent/Defendant                      :

### PRAECIPE

I'm respectfully filling this motion in regards to my chapter 13 case that was dismissed for lack of payment towards the filling fee. In response I never received the mail for payments. I'm asking the court to please grant me another case at this time. Payment will be made as of today.

Date: 03-03-2016                    MAURICE McFARLAND

Address: 8917 57th AVE              _____
                                    Debtor Print Name

Berwyn Heights MD 20740             _____
                                    Debtor's Signature

Telephone no.: 240/462-8636

                                    _____
                                    Joint Debtor - Print Name

                                    _____
                                    Joint Debtor's Signature

                                    _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED

2016 MAR -3 PH 1:01

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

In Re:                 | Case Number: 16-10563

                     | 

            Debtor(s)    | Chapter: 13

                     | 

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **March** day of **3, 2016**, a copy of

**PRAECIPE / MOTION**

_____

_____

was mailed via **US Mail**

to the following parties of interest:

Nationstar Mortgage
8950 Cypress Water Bouvelard
Coppell, TX. 75019

NANCY SPENCER GRIGSBY
Chapter 13 TRUSTEE
4201 Mitchellville Rd.
#401, Bowie, MD 20716

Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 2631
Office - (443) 541-8600
FAX - (410) 296-2131

_____  03/03/2016
Signature

Charlotte McFarland
8917 57th Ave
Berwyn Heights MD 20740