# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

## MOTION TO VACATE DISMISSAL OF BANKRUPTCY FILING

April 5, 2016

To whom it may concern. My name is Maurice McFarland Case# 16-10563. My case was dismissed due to the Installment Payment not being received, It was an oversight on my part and I did not receive the notice in the mail. I tried to correct the error right away and filed a Motion to Reconsider on March 3rd. I did not get a response and am now filing to vacate the Dismissal. Please grant me this Motion as I am prepared to correct the Deficiency right away I am asking for the Chapter 13 Bankruptcy Petition to be reinstated with the filing of this Motion.

Sincerely, *[signature]*

Maurice McFarland