

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  16–10563 – TJC    Chapter:  13

Maurice L. McFarland
8917 57th Avenue
Berwyn Heights, MD 20740

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor(s) to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:  Debtor(s)
     Attorney(s) for Debtor(s) – PRO SE
     Case Trustee – Nancy Spencer Grigsby
     All Creditors

**End of Order**

40x08 (01/14/13) – *dsmith*