United States Bankruptcy Court
District of Maryland

In re:                                                            Case No. 16-10563-TJC
Maurice L. McFarland                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0         User: dsmith              Page 1 of 1              Date Rcvd: Apr 11, 2016
                             Form ID: pdfall           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2016.
db          +Maurice L. McFarland,   8917 57th Avenue,   Berwyn Heights, MD 20740-4305
cr          +Wells Fargo Bank, National Association, as Trustee,   10021 BALLS FORD ROAD, SUITE 200,
              MANASSAS, VA 20109-2666
29541184    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
29541179     Nationstar Mortgage,   8950 Cypress Water Bouvelard,   Coppell, TX 75019
29541185     Prince George's County,   Treasurer Division,   Room 1090,   Upper Marlboro, MD 20772
29541186    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2016 at the address(es) listed below:
              Kristine D Brown    ecf@logs.com
              Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
                                                                                             TOTAL: 2



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   16–10563 – TJC    Chapter:   13

Maurice L. McFarland
8917 57th Avenue
Berwyn Heights, MD 20740

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor(s) to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – PRO SE
      Case Trustee – Nancy Spencer Grigsby
      All Creditors

## End of Order

40x08 (01/14/13) – *dsmith*