UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

| | |
|---|---|
| IN RE:<br>MAURICE L. MCFARLAND<br>    Debtor(s) | BCN#:   16-10563 |
| | Chapter   13 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11<br>and its assignees and/or successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>MAURICE L. MCFARLAND<br><br>    Debtor(s) and<br>Charlotte McFarland<br>    Co-Debtor | |

## PRAECIPE

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

    1.  The undersigned is counsel of record for Wells Fargo Bank, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-11, a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

    2.  Counsel requests that the Motion for Relief filed in this court on April 28, 2016, concerning the above mentioned Debtor be withdrawn.

1

By Counsel _____/s/ Robyn A. McQuillen_____
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Robyn A. McQuillen, Esquire
Federal I.D. Bar No. 18550
Lila Z. Stitely, Esquire
Federal I.D. Bar No. 29970
James R. Meizanis, Esquire
Federal I.D. Bar No. 10208
SHAPIRO & BROWN, LLP, 10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com   16-255977

## CERTIFICATE OF SERVICE

I hereby certify that on the ___20th___ day of May, 2016; I mailed copies of the Foregoing Praecipe by electronic or first class mail to:

1. Maurice L. McFarland                Debtor(s)
   8917 57Th Avenue
   Berwyn Heights, MD 20740

2. Nancy Spencer Grigsby               Trustee
   4201 Mitchellville Road
   Suite 401
   Bowie, MD 20716

3. Charlotte McFarland                 Co-Debtor
   8917 57Th Ave
   College Park, MD 20740

_____/s/ Robyn A. McQuillen_____
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Robyn A. McQuillen, Esquire
Federal I.D. Bar No. 18550
Lila Z. Stitely, Esquire
Federal I.D. Bar No. 29970
James R. Meizanis, Esquire
Federal I.D. Bar No. 10208
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com
16-255977