IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MARYLAND

In Re: Maurice L. McFarland | Case Number: 16-10563

| Chapter: 13

Debtor(s)
Maurice L. McFarland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____9th_____ day of _June_____, a copy of

_Motion to be granted a new date for 341 meeting of the creditors, has been mailed to:

Wells Fargo, NA. as Trustee 10021 Balls Ford Rd. Suite 200 Manassas, VA. 20109-2666, Comptroller of the Treasury Compliance Division Room 409 301 W. Preston Street Baltimore, MD. 21201-2225, Nationstar Mortgage 8950 Cypress Water Boulevard Coppell, TX. 75019,

was mailed via _____US Mail_____
to the following parties of interest: All Listed above.

_____
Signature